# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-3621 DMG (FFMx) | Date | August 21, 2017 |
|---|---|---|---|
| Title | SIGNATURE FINANCIAL, LLC v. JOHN McCLUNG | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On August 16, 2017, Defendant John McClung filed a motion to compel answers to seven interrogatories served on Plaintiff Signature Financial, LLC (the "motion"). (Dkt. 77.) However, the Court notes that on August 3, 2017, Plaintiff ostensibly answered the seven interrogatories at issue through a supplemental response. (Exh. 1 to Decl. of Jared Borriello.)

Because the issues raised in Defendant's motion are seemingly moot, Defendant is ordered to show cause, in writing and within ten (10) days of the date of this Order, why sanctions should not be imposed against Defendant for filing a frivolous motion.

The motion's noticed hearing date of September 19, 2017, at 10:00 a.m. is hereby VACATED.

:
Initials of Preparer    JM