# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 16-3621-DMG (FFMx)** | Date | October 10, 2017 |
| Title | *Signature Financial, LLC v. John McClung* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIRD-PARTY COMPLAINT SHOULD NOT BE DISMISSED**

On October 6, 2017, this Court granted Plaintiff's motion for summary judgment, which resolved the sole claim for breach of contract, Defendant's counterclaim for mistake of fact, and Defendant's affirmative defenses. That motion did not resolve the third-party action. *See* Doc. ## 49, 55, 67.

The Court orders Defendant/Third-Party Plaintiff to show cause, in writing and by **no later than October 13, 2017**, why the third-party action should not be dismissed under Federal Rule of Procedure 4(m) for failure to prosecute. If a satisfactory response is not filed by that date, the Court will dismiss the third-party complaint.

**IT IS SO ORDERED.**