# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIGNATURE FINANCIAL, LLC** | Case No. CV 16-3621-DMG (FFMx) |
| Plaintiff, | |
| v. | **PARTIAL JUDGMENT IN FAVOR OF PLAINTIFF SIGNATURE FINANCIAL, LLC** |
| **JOHN MCCLUNG,** | |
| Defendant. | |
| **JOHN MCCLUNG** | |
| Third-Party Plaintiff, | |
| v. | |
| **JMOS ACQUISITION, LLC,** | |
| Third-Party Defendant. | |
| **JOHN MCCLUNG,** | |
| Counter Claimant, | |
| **v.** | |
| **SIGNATURE FINANCIAL, LLC,** | |
| **Counter Defendant.** | |

|   |   |
|---|---|
| 1 | This Court having granted Plaintiff's motion for summary judgment [Doc. # 102] |
| 2 | and finding that there is no just reason for delay under Fed. R. Civ. P. 54(b), |
| 3 | IT IS ORDERED, ADJUDGED AND DECREED that partial judgment is entered |
| 4 | in favor of Plaintiff Signature Financial, LLC and against Defendant John McClung in |
| 5 | the amount of $958,062.18, plus per diem interest in the amount of $406.17 from August |
| 6 | 19, 2017 through the date of entry of this Partial Judgment, plus post-judgment interest, |
| 7 | and such reasonable attorney's fees and costs as will be determined by the Court. |
| 8 | **IT IS SO ORDERED.** |
| 10 | DATED: December 15, 2017 |

                                                                                                    _____
                                                                                                    DOLLY M. GEE
                                                                                                    UNITED STATES DISTRICT JUDGE