JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SIGNATURE FINANCIAL, LLC,

        Plaintiff,

    v.

JOHN MCCLUNG,

        Defendant.


AND RELATED CROSS-CLAIMS AND
THIRD-PARTY CLAIMS

Case No.: CV 16-3621-DMG (FFMx)

**FINAL JUDGMENT [126]**

IT IS ORDERED, ADJUGED AND DECREED that final judgment is entered in favor of Plaintiff Signature Financial, LLC and against defendant John McClung in the amount of $958,062.18, plus daily interest of $406.17 from August 19, 2017 through the date of entry of Partial Judgment on December 15, 2017 in the amount of $47,928.06, plus attorney's fees and costs in the amount of $263,689.41, for a grand total of **$1,269,679.65**, plus post-judgment interest from the date of entry of this Final Judgment.

**IT IS SO ORDERED.**

DATED:  August 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE